COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 CITY OF IRVING, TEXAS,
  
                             Appellant,
  
 v.
  
 WILLIAM N. BARSTOW,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00223-CV
  
 Appeal from the
  
 68th
 District Court
  
 of
 Dallas County, Texas
  
 (TC# DC-11-13496-C)
  
 
 


MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
unopposed motion to withdraw and dismiss the appeal and remand the case to the
trial court for entry of an agreed judgment.  Tex. R. App. P. 42.1(a)(2).  Where parties have reached
an agreement, we are authorized to set aside the judgment without regard to the
merits and remand the case for rendition of judgment in accordance with the
agreement.  Tex. R. App. P.
42.1(a)(2)(B).  However, Rule 42.1(a)(2)(B) does not authorize a reviewing
Court to dismiss the appeal of settling parties who seek to effectuate their
agreement by rendition in the trial court.  Id.  Therefore,
the motion is denied in part and granted in part.  Appellant’s request to
dismiss the appeal is denied.  To effectuate the parties’ desire to obtain
an agreed judgment, we set aside the trial court judgment and remand the case
to the trial court for rendition of judgment in accordance with the parties’
agreement.  Pursuant to the parties’
agreement, costs are taxed against the party incurring them.  See Tex. R. App. P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

November 7, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.